■ RANDY K. ROBERTS, Individually and as Father and Natural Guardian of CHRISTOPHER J. ROBERTS, an Infant, Appellant, v MATTHEW GRANT, Respondent. (Appeal No. 2.) [636 NYS2d 712] —Appeal unanimously dismissed without costs *(see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.,* 147 AD2d 977). (Appeal from Order of Supreme Court, Jefferson County, Shaheen, J.—Negligence.) Present—Lawton, J. P., Fallon, Callahan, Balio and Boehm, JJ.

■ In the Matter of WILLIAM BROWN, Petitioner, v PHILIP COOMBE, JR., as Acting Commissioner of the New York State Department of Correctional Services, Respondent. [636 NYS2d 708] —Determination unanimously confirmed without costs and petition dismissed *(see, Matter of Rand v Herbert,* 219 AD2d 878). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v KEVIN PARKER, ANTONIO SUMMA and MARY WALKER, Respondents. [636 NYS2d 708] —Order unanimously affirmed for reasons stated in decision at Onondaga County Court, Mulroy, J., and indictment dismissed. (Appeal from Order of Onondaga County Court, Mulroy, J.—Suppress Evidence.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JESSIE S. DUNN, Appellant, v FRANK E. IRVIN, as Superintendent of Wende Correctional Facility, Respondent. [636 NYS2d 708] —Judgment unanimously affirmed without costs *(see, People ex rel. Douglas v Vincent,* 50 NY2d 901, 903, *affg* 67 AD2d 587 *for reasons stated; People ex rel. Batista v Walker,* 198 AD2d 865, *lv denied* 83 NY2d 752). (Appeal from Judgment of Supreme Court, Erie County, Glownia, J.—Habeas Corpus.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.